Meeting Date: July 6, 2023 at 12:30 p.m.

Gabriel Del Virginia, Esq. (GDV-4951)
LAW OFFICES OF GABRIEL DEL VIRGINIA
*Attorneys for the Debtor and Debtor in Possession.*
30 Wall Street-12th Floor,
New York, New York 10005.
Telephone: 212-371-5478
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re

KENNETH D. LAUB,

           Chapter 11
           Case No. 23-10689-jpm

        Debtor.
----------------------------------------------------------X

### AMENDED NOTICE OF ADJOURNMENT OF
### FIRST MEETING OF CREDITORS.

**PLEASE TAKE NOTICE**, that The Section 341 Meeting of Creditors for the above-captioned case is rescheduled from July 6, 2023, at 1:00 p.m. EDT to July 6, 2023 at 12:30 p.m. EDT (the "Designated Meeting Time"). The meeting will be conducted by telephone conference. All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

*Call-in Information:*

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No: (877) 496-9126, and when prompted, enter the

Participant Code: 8354206 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.

**PLEASE TAKE FURTHER NOTICE**, that any information regarding the instant case can be obtained from the undersigned attorneys, Law Offices of Gabriel Del Virginia, 30 Wall Street-12th Floor, New York, New York 10005, Attn.: Gabriel Del Virginia, Esq., Tel. No. 212-371-5478; *gabriel.delvirginia@verizon.net*.

Dated:    New York, New York
              June 27, 2023.

**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Attorneys for the Debtor*
By: */s/ Gabriel Del Virginia*

Gabriel Del Virginia (GDV-4951)

30 Wall Street-12th Floor,
New York, New York 10005.
 Tel: (212) 371-5478
Fax: (212) 371-0460
*gabriel.delvirginia@verizon.net*